# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| KATHY MEDLOCK, | ) | |
|---|---|---|
| Petitioner | ) | |
| v. | ) | No. 3:16-cv-02603 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

Pending before the court are the Petitioner's *pro se* Motion To Vacate, Set Aside, Or Correct Sentence (Docket No. 1) and supporting briefs (Docket Nos. 2, 12); and the Government's Responses (Docket No. 8, 24).

For the reasons set forth in the accompanying Memorandum, the Motion To Vacate (Docket No. 1) is DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

If the Petitioner gives timely notice of an appeal from the court's ruling, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Castro v. United States,* 310 F.3d 900 (6th Cir. 2002).

It is so **ORDERED.**

ENTER this 11th day of July 2017.

_____
ALETA A. TRAUGER
U.S. District Judge